# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1353

_____

| | | |
|---|---|---|
| Theresa Catherynne W. Pryor-Kendrick, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Judge Tom Keith; Robert Scott Parks, Public Defender; Attorney Blythe Whiteherd; Mark Burnthall, Probation/Parole Officer, | * | |
| | * | [UNPUBLISHED] |
| | * | |
| | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 5, 2007
Filed: November 8, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Theresa Pryor-Kendrick appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 action. We decline to appoint appellate counsel, and we conclude that

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, now retired.

dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____